```
1  THOMAS DEÁK, Senior Deputy (State Bar No. 183501)
   Office of County Counsel, County of San Diego
2  1600 Pacific Highway, Room 355
   San Diego, California 92101-2469
3  Telephone:  (619) 531-4810
   Facsimile:   (619) 531-6005
4  E-mail: thomas.deak@sdcounty.ca.gov
   (Exempt from Filing Fees per Gov't Code § 6103)
5
   Attorneys for Defendant County of San Diego
6
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　　Plaintiff,<br>　v.<br>COUNTY OF SAN DIEGO,<br><br>　　　　　Defendant. | Case No.: 22-cv-312-BAS-WVG<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Courtroom:　4B<br>Honorable　　Cynthia A. Bashant<br>Trial Date:　None Set |

Defendant County of San Diego requests a jury trial in this matter and answers Plaintiff's Complaint for Injunctive Relief and Damages ("Complaint") as follows:

1. The following paragraphs consist of statements of law, arguments, or legal conclusions requiring no response: 1, 4, 5, 8, 9, 10, 34, 35, 46, 47, 48, 51, 52, 53, 55, 57, 59, 61, 63, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 76, 78, 81, 82, and 83. To the extent an answer is required to allegations in these paragraphs, Defendant denies.

2. Defendant currently lacks knowledge or information sufficient to form a belief sufficient to admit or deny the allegations as phrased in paragraphs 6, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 31, 32, 33, 41, 43, 44, 50, and 79, and on that basis denies.

3. Defendant denies generally and specifically each and every allegation contained in paragraphs 2, 3, 27, 28, 29, 30, 36, 40, 54, 56, 58, 60, 62, 75, 80.

///

4.   Defendant repeats and incorporates by reference the responses contained in paragraphs 45, 64, and 77.

5.   Defendant admits the allegations contained in paragraphs 7, 15, 37, 39, 42, and 49, except to the extent such allegations contain legal conclusions requiring no response.

6.   As to paragraph 38, Defendant admits the allegations in the first sentence. Except as expressly admitted, deny.

## AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

As a first, separate and distinct affirmative defense, Defendant alleges that the Complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

As a second, separate and distinct affirmative defense, Defendant alleges that Plaintiff's claims are barred in whole or in part by Plaintiff's failure to exhaust its administrative remedies.

THIRD AFFIRMATIVE DEFENSE

As a third, separate and distinct affirmative defense, Defendant alleges that the relief and/or change(s) Plaintiff seeks cannot be attained without undue hardship.

FOURTH AFFIRMATIVE DEFENSE

As a fourth, separate and distinct affirmative defense, Defendant alleges any alleged wrongful acts or deprivation of rights were legally caused by third parties other than Defendant, thus barring or diminishing Plaintiff's recovery against Defendants.

FIFTH AFFIRMATIVE DEFENSE

As a fifth, separate and distinct affirmative defense, Defendant alleges that other federal and/or state laws preempt Plaintiff's claims.

///
///
///

SIXTH AFFIRMATIVE DEFENSE

As a sixth, separate and distinct affirmative defense, Defendant alleges that Plaintiff failed to mitigate his damages, if any, thus barring or diminishing Plaintiff's recovery against Defendants.

SEVENTH AFFIRMATIVE DEFENSE

As a seventh, separate and distinct affirmative defense, Defendant alleges that Plaintiff's Complaint is barred by the applicable statutes of limitations.

EIGHTH AFFIRMATIVE DEFENSE

As an eighth, separate and distinct affirmative defense, Defendant alleges that Defendant is not liable, vicariously or otherwise, by any injury caused by actions or representations of its officers or employees.

NINTH AFFIRMATIVE DEFENSE

As a ninth, separate and distinct affirmative defense, Defendant alleges that each of its programs, services and activities referenced in the Complaint is, when viewed in its entirety, readily accessible to and usable by persons with disabilities.

TENTH AFFIRMATIVE DEFENSE

As a tenth, separate and distinct affirmative defense, Defendant alleges that Defendant had a legitimate non-discriminatory reason for its alleged actions, communications and/or conduct.

ELEVENTH AFFIRMATIVE DEFENSE

As an eleventh, separate and distinct affirmative defense to the Complaint, Defendant asserts it presently lacks knowledge or information sufficient to form a belief as to whether other affirmative defenses exist.  Defendant therefore reserves the right to assert additional affirmative defenses if it appears from discovery that other affirmative defenses are applicable.

///

///

///

1     WHEREFORE, Defendant requests a jury trial and prays as follows:

2     1.     That Plaintiff takes nothing from the Complaint and that the action be dismissed;

4     2.     That Defendant recovers from Plaintiff reasonable attorney's fees and costs incurred herein; and

6     3.     For other and further relief as the Court deems just and proper.

DATED:     April 1, 2022     OFFICE OF COUNTY COUNSEL

By:   s/*Thomas Deák*
Thomas Deák, Senior Deputy
Attorneys for Defendant County of San Diego
E-mail: thomas.deak@sdcounty.ca.gov